ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (State Bar No. 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel:    (213) 894-3994
    Fax:    (213) 894-7819
    Email:    donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

**FILED: 3/7/2013**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD W. KENNEY, *et al.*, | No. CV11-05357-GHK (OPx) |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable George H. King |

1  Pursuant to the Stipulation for Compromise Settlement and Dismissal entered
2  into between Plaintiffs Gerald Kenney and Estelle Kenney ("Plaintiffs") and
3  Defendant United States of America ("Defendant"), IT IS HEREBY ORDERED
4  THAT:
5     1.   The above-captioned action is dismissed with prejudice in its entirety;
6     2.   Each party shall bear their own costs of suit and fees;
7     3.   The Court retains jurisdiction pending payment of the settlement.

Dated:  3/7/13

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE